## St. Anthony's Hospital of Sisters of St. Francis, Inc., Appellant, v. County of Fayette and Town of Avena in County of Fayette, Appellees.

opinion filed March 2, 1942. Parker, Bauer & Parker, for appellant; Robert G. Burnside, State's Attorney, and J. Richard Royal, Assistant State's Attorney, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."